# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In Re: | ) | Case No: | 17-02705 |
|---|---|---|---|
| Fernando Morales | ) | | |
| Amelia Morales | ) | Chapter: | Chapter 13 |
| | ) | | |
| Debtors | ) | Judge: | Jacqueline P. Cox |

## NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **November 9, 2020 at 10:00 a.m.**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 1612732896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:** */s/ Kyle Dallmann*

Kyle Dallmann
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

## CERTIFICATE OF SERVICE

I, Kyle Dallmann, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 19, 2020 before 5:00 p.m.

Rec No. 736325
WD - NOTICE OF MOTION ZOOM

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **17-02705** |
| **Fernando Morales** | ) | | |
| **Amelia Morales** | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| **Debtors** | ) | **Judge:** | **Jacqueline P. Cox** |

**LIST OF PARTIES SERVED**

Tom Vaughn, 55 E. Monroe St. #3850, Chicago, IL 60603

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Fernando & Amelia Morales, 2712 W. 149th St., Posen, IL 60469

ALL CREDITORS ON THE ATTACHED LIST

Advocate Medical Group
Bankruptcy Department
75 Remittance Dr., Ste. 1019
Chicago IL 60675

Malcolm S. Gerald and Assoc.
Bankruptcy Dept.
332 S. Michigan Ave., Ste. 600
Chicago IL 60604

American Honda Finance
Attn: Bankruptcy Dept.
2170 Point Blvd Ste 100
Elgin IL 60123

CAP ONE NA
Attn: Bankruptcy Dept.
Po Box 26625
Richmond VA 23261

Capital ONE AUTO Finan
Attn: Bankruptcy Dept.
3901 Dallas Pkwy
Plano TX 75093

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

CBNA
Attn: Bankruptcy Dept.
Po Box 6283
Sioux Falls SD 57117

CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

CITI
Attn: Bankruptcy Dept.
Po Box 6241
Sioux Falls SD 57117

Cmre. 877-572-7555
Attn: Bankruptcy Dept.
3075 E Imperial Hwy Ste
Brea CA 92821

COMENITY BANK/Roomplce
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Directv
C/O Receivables Performanc
20816 44Th Ave W
Lynnwood WA 98036

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington DE 19850

Dr. Charles Anthony Amenta
Attn: Bankruptcy Dept.
18161 Morris Ave
Ste 105
Homewood IL 60430

DS Waters OF America INC
C/O Collection Bureau OF A
25954 Eden Landing Rd
Hayward CA 94545

Illinois Department of Revenue
Bankruptcy Department
PO Box 19044
Springfield IL 62794-9044

Ingalls Memorial Hospital
Bankruptcy Department
1 Ingalls Drive
Harvey IL 60426

Medical Recovery Specialists
Bankruptcy Dept.
2250 E. Devon Ave., Ste. 352
Des Plaines IL 60018

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051

Midwest Diagnostic Pathology
Bankruptcy Department
75 Remittance Dr., Ste. 3070
Chicago IL 60675

Radiology Imaging Consultants
Bankruptcy Department
Dept. 77-9413
Chicago IL 60678

Radiology Imaging Specialists
Bankruptcy Department
39645 Treasury Center
Chicago IL 60694

CMRE Financial Services, Inc.
Bankruptcy Dept.
3075 E. Imperial Hwy., #200
Brea CA 92821

Radiology Imaging Specialists
Bankruptcy Department
75 Remittance Drive
Dept 1254
Chicago IL 60675

Sprint
Bankruptcy Dept.
PO Box 7949
Overland Park KS 66207

Sullivan Urgent Aid Center
Bankruptcy Department
PO Box 87844
Carol Stream IL 60188

Syncb/QVC
Attn: Bankruptcy Dept.
Po Box 965018
Orlando FL 32896

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

Syncb/WALMART DC
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

TD AUTO Finance
Attn: Bankruptcy Dept.
Po Box 9223
Farmington Hills MI 48333

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440

United Elite Hospitalist
Bankruptcy Department
12632 S Harlem Ave
Palos Heights IL 60463

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 17-02705 |
|---|---|---|---|
| Fernando Morales | ) | | |
| Amelia Morales | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtors, Mr. & Mrs. Fernando Morales (the "Debtors"), by and through their attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 01/31/2017.

3. The Debtors' plan was confirmed by the Court on 04/17/2017 with monthly plan payments of $650 and a 10% dividend to unsecured claims.

4. Mr. Morales is now off work and receiving workers compensation. As such the Debtors' budget will now support monthly plan payments of no greater than $340 which is sufficient to pay unsecured creditors a 1% dividend. See Exhibit A for an updated budget.

5. For the reasons stated above, it is necessary for the successful completion of the Debtors' plan to reduce the monthly plan payment to $340, to reduce the dividend to unsecured claims to 1%, and to reduce the plan base to $29,155.

WHEREFORE THE DEBTORS, Mr. & Mrs. Fernando Morales, respectfully request this Honorable Court enter an order:

1. Reducing the monthly plan payment to $340.

2. Reducing the dividend to unsecured claims to 1%.

3. Reducing the plan base to $29,155.

4. Any other relief the court deems proper.


**By:**    ____/s/ Kyle Dallmann__
Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960